# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PIERRE YVES JUDE RENE,
         Petitioner

         v.

IMMIGRATION AND NATURALIZA-
TION SERVICE,
         Respondent.

CIVIL ACTION NO.:
04-10526-EFH

## **O R D E R**

March 18, 2004

HARRINGTON, S.D.J.

    A Request for a Stay of Deportation Pending the Outcome of His Petition Before This Court having been filed by the Petitioner Pierre Yves Jude Rene, the Court orders the Respondent Immigration and Naturalization Service to respond to this Request within thirty (30) days from the date of this Order.

    SO ORDERED.

                                 /s/ Edward F. Harrington
                                 EDWARD F. HARRINGTON
                                 United States Senior District Judge